USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **9-17-18**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>                              Petitioner,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                              Respondent. | 1:15-cv-02178 (ALC) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

It is hereby:

ORDERED AND ADJUDGED that:

1. This matter is dismissed without prejudice. Each party shall bear its own fees and costs.

2. This case is CLOSED.

3. All pending motions are DENIED as moot, and all deadlines are terminated.

SO ORDERED.

Dated: New York, New York
       September 17, 2018

_____
ANDREW L. CARTER, JR.
United States District Judge